UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Terrance Lee Huggins                                    Docket No. 5:12-CR-104-1BO

### Petition for Action on Supervised Release

COMES NOW Dewayne L. Smith, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Terrance Lee Huggins, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess With the Intent to Distribute 28 Grams or More of Cocaine Base (Crack), in violation of 21 U.S.C. § 846, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on January 16, 2013, to the custody of the Bureau of Prisons for a term of 84 months. Upon a motion by the defendant pursuant to 18 U.S.C. § 3582(c)(2), the defendant's sentence was reduced from 84 months to 70 months on January 6, 2014. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 5 years.

Terrance Lee Huggins was released from custody on March 31, 2017, at which time the term of supervised release commenced. On September 29, 2017, a Violation Report was submitted advising that the defendant was charged in Wake County, Raleigh, North Carolina, with Assault on a Female, Resisting an Officer (17CR218663) and Habitual Misdemeanor Assault (17CR218710). The defendant denied guilt, and the victim signed a statement indicating that Huggins did not assault her. The court agreed to continue supervision pending the adjudication of these new charges, which remain pending.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** During a home inspection on January 17, 2018, the defendant tested positive for marijuana via instant urine screen. Huggins signed an admission of drug use form acknowledging drug use on/about December 28, 2017. He has agreed to participate in substance abuse treatment as instructed. Additionally, the defendant has an unserved warrant in Wilson County for Misdemeanor Assault on a Female (17CR53944). Huggins denies guilt. He has been instructed to resolve this pending charge and not have any contact with the compliant as they have continually had domestic issues. If a conviction occurs or further violations are detected, the court will be informed immediately. The defendant signed a Waiver of Hearing agreeing to the proposed modifications of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall consent to a warrantless search by a United States probation officer or, at the request of the probation officer, any other law enforcement officer, of his/her, person and premises, including any vehicle, to determine compliance with the conditions, of this judgment.

Except as herein modified, the judgment shall remain in full force and effect.

Terrance Lee Huggins
Docket No. 5:12-CR-104-1BO
Petition For Action
Page 2

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Dwayne K. Benfield
Dwayne K. Benfield
Supervising U.S. Probation Officer

/s/ Dewayne L. Smith
Dewayne L. Smith
U.S. Probation Officer
201 South Evans Street, Rm 214
Greenville, NC 27858-1137
Phone: 252-830-2338
Executed On: January 31, 2018

## ORDER OF THE COURT

Considered and ordered this __1__ day of __February__, 2018, and ordered filed and made a part of the records in the above case.

_____
Terrence W. Boyle
U.S. District Judge